UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 00-333 (SRC) |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| ELVIS IRIZARRY, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**CHESLER**, District Judge

This matter having come before the Court on the informal letter application filed February 9, 2011 on behalf of Defendant seeking an order directing the Government to obtain and provide Defendant's counsel with certain psychiatric records pertaining to treatment received by Samier Bakhoury while at Southern State Prison [docket entry 182]; and no response to the letter having been submitted by the Government; and the Court having considered Defendant's request; and the Court having concluded that the records sought have no relevance to Defendant's claims pending before the Court; therefore,

**IT IS** on this 23rd day of February, 2011,

**ORDERED** that Defendant's application for an order directing the Government to obtain and produce the records of Samier Bakhoury's psychiatric treatment while incarcerated at Southern State Prison be and hereby is **DENIED**.

                                                      s/ Stanley R. Chesler
                                                     STANLEY R. CHESLER
                                                     United States District Judge