## BUDIN, GREENMAN & GREENMAN
ATTORNEYS AT LAW

1379 MORRIS AVENUE

UNION, NEW JERSEY 07083

ARNOLD I. BUDIN
ROY B. GREENMAN
JEFFREY N. GREENMAN
(MEMBER OF N.J. & FLA. BARS)

April 27, 2011

908-688-6444
FAX 908-688-4334

**HONORABLE STANLEY R. CHESLER**
**UNITED STATES DISTRICT COURT**
Frank R. Lautenberg U.S. P.O. & Courthouse
Room 417
P.O. Box 999
Newark, New Jersey   07101-0999

**RE:   UNITED STATES v. ELVIS IRIZARRY**

Dear Judge Chesler:

My client would like me to respond to the Government's response brief dated April 18, 2011. I therefore request until May 18, 2011 to file same.

Thank you for your consideration in this matter.

Respectfully submitted,

**BUDIN, GREENMAN & GREENMAN**

Roy B. Greenman, Esq.

RBG/gg

cc:   Leslie Schwartz, A.U.S.A.

5/10/2011

SO ORDERED:

STANLEY R. CHESLER, U.S.D.J.