UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 00-333 (SRC) |
| Plaintiff, : | |
| : | **ORDER** |
| v. : | |
| : | |
| ELVIS IRIZARRY, : | |
| : | |
| Defendant. : | |
| : | |

**CHESLER**, District Judge

      This Court having received an informal letter request, dated June 13, 2011, by Defendant *pro se* Elvis Irizarry for the Court to extend the time in which Defendant may file a motion for reconsideration of this Court's June 2, 2011 Order denying his September 29, 2010 motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 [docket entry 193]; and the Court having considered the request; and for good cause shown,

      **IT IS** on this 21st day of June, 2011,

      **ORDERED** that Defendant's request for an extension of time to file a motion for reconsideration [docket entry 193] be and hereby is **GRANTED**; and it is further

      **ORDERED** that the Defendant shall file his motion for reconsideration on or before August 8, 2011.

                                              s/ Stanley R. Chesler
                                                STANLEY R. CHESLER
                                           United States District Judge